FILED
CLERK, U.S. DISTRICT COURT
2/2/25
CENTRAL DISTRICT OF CALIFORNIA
BY _____ MRV _____ DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

2:25-cv-00918-ODW(PVCx)

Complaint

On April1, 2023 my employment with Patterson-UTI was wrongfully terminated, due to my race as Black,  Nationality, and Revenge by the Rig manager Mr. Paul Delaware. This  termination of Employment was later fanalized by the Superintendent Mr. Terry Cortez.

On February 1, 2023, Mr. Paul Delaware told me on the phone and text messages that He has decided to terminate my employment, without verbal warning, written warning, or placed on suspension.

All Mr. Paul Delaware told me on the phone was for him to lambast me with racist languages and abusive word. All those happened as a result of his( Mr. Paul Delaware) family member Mr. Craig Immanuel Phillips Jr employment that was terminated the previous month, January 2023. He believed that I was involved and contributed to his family member employment that was terminated.

On November 2022,Mr. Craig Immanuel Phillips Jr. instructed Mr. Kevion Turner to carry out a dirty job, that almost cost my life on the rig. It was that incident the other Rig manager, Mr. Client Merritt caught red handed, including the voluntary confessions of Kelvion Turner.

 The  Rig manager Mr.Client Merritt, reported to the appropriate authority in the office. That was what resulted to the termination of the employment of Mr.Craig Immanuel Phillips Jr.

That same January 2023, Mr. Paul Delaware accused the other African-American named Kelvion Turner, of stealing.

Come February 1, 2023, Kelvion Turner's employment was terminated. It was on the same day Mr. Paul Delaware, terminated my employment ( The only 2 African-American on the rig, on both shifts).

He (Mr.Paul Delaware) called me a thief, that I was waiting for my time to do the same thing, as Kelvion Turner. He went further by saying, I was depending on other crews to be fed on the rig just as Kelvion Turner was doing. He (Mr. Paul Delaware) continued by saying and in quotes"I thought you who came from Africa would be better than them (African-American) I never knew you're all the same."

I reported to the Human Resources, who later instructed that I should go back to the rig. I never knew by instructing me to go back, was a diplomatic way of postponing my Days of Crucifixion. I went back.

After series of intimidation, threats and hustiled treatments, in which one of those incidents warranted my being rescued by Big Spring Police Department Texas, and SWAT Big spring Texas, my employment was finally terminated by the superintendent Mr. Terry Cortez and Mr. Paul Delaware.

I was not given the opportunity to explain my own side of the story, neither was I allowed to refute those allegations levelled against me. Neither was I placed on suspension.I was denied of fair hearing. I requested for appeal, I was denied.

I reported the incident to the executives at the headquarter office in Houston Texas. The executives instructed that the incident should be investigated. The investigation was conducted and finalized without knowing the outcome. I requested to have copy and know the outcomes of the investigation, I was denied. I was told it was the company property.

I went back to Patterson-UTI executives, to report that I was denied the privilege to know the outcome of the investigation. The Office of the executive directed the Human Resources Office to review my case. The Human Resources Office demanded to know what I wanted them to do? I mentioned that I wanted my job back.

The Human Resources said before they could take such decision, they need to hear from the other 2 persons (The Superintendent Mr. Terry Cortez and Rig manager Mr.Paul Delaware)


After few weeks, I got a text from the Human Resources Office that both Mr. Terry Cortez and Mr. Paul Delaware said they can not work with me again.

The case was brought before the EEOC office, at El-Paso Texas. After several months of investigation, the EEOC instructed me to take the case to the court. I was given 90 days, deadline of February 11, 2025.

I want the court to help me, if they (Patterson-UTI) cannot work with me, I should be given all my benefits and entitlements.

From the plaintiff,

Kamilu Akanji Iginla